MENNEMEIER, GLASSMAN & STROUD LLP
MARGARET CAREW TOLEDO (SBN 181227)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone:   916-553-4000
Facsimile:    916-553-4011
email:          toledo@mgslaw.com

Attorneys for Defendants Boping D. Chen and
Bay Area Mortgage and Realty

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA PONTIFLET-MOORE,<br><br>            Plaintiff,<br><br>v.<br><br>GMAC MORTGAGE, COUNTRYWIDE HOME LOANS, MORTGAGEIT, INC., RECONSTRUCT COMPANY, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BAY AREA MORTGAGE AND REALTY, BOPING D. CHEN, DINH QUOC NGUYEN and DOES 1-20 inclusive,<br><br>            Defendants. | District Court No. 2:09-CV-01685-MCE-DAD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; ORDER** |

Plaintiff Pamela Pontiflet-Moore and Defendants Boping D. Chen and Bay Area Mortgage and Realty,[1] by and through their counsel of record, do hereby agree and stipulate as follows:

1.      Upon approval of this Court, Defendants Boping D. Chen and Bay Area Mortgage and Realty shall have up to and including August 10, 2009 to answer or otherwise respond to the summons and complaint in the above-captioned case.

---

[1] Bay Area Mortgage and Realty is a sole proprietorship of Boping D. Chen and has been erroneously sued as a separate legal entity.

1   2.   There is good cause for this extension of time because the parties would
2   like to discuss the possibility of resolving the case as to Mr. Chen without further litigation and
3   counsel for plaintiff is currently on vacation and not available for such discussions.  Defendants
4   have not been granted any prior extensions of time in this case.

6   Dated: July 7, 2009                                         LANAHAN AND REILLEY LLP

9                                                               By:   /s/ Michael J.M. Brook
                                                                        Michael J. M. Brook
10                                                                     Attorneys for Pamela D. Pontiflet-Moore

11   Dated: July 7, 2009                                        MENNEMEIER, GLASSMAN & STROUD LLP

15                                                              By:   /s/ Margaret Carew Toledo
                                                                        Margaret Carew Toledo
                                                                        Attorneys for Defendants Boping D. Chen and
16                                                                     Bay Area Mortgage and Realty

18         IT IS SO ORDERED.

19   Dated:  July 14, 2009

                                                                _____
21                                                              MORRISON C. ENGLAND, JR.
                                                                UNITED STATES DISTRICT JUDGE